THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOSEPH SCHWARTZ, Appellant.

Argued April 10, 1939; decided May 16, 1939.

*Howard Hilton Spellman, S. Philip Cohen* and *Louis Okin*
for appellant.

*Thomas E. Dewey,* District Attorney (*Stanley H. Fuld*
and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN,
FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.